RECEIVED
IN ALEXANDRIA, LA.

FEB 28 2014

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| VILLMON BOTLEY, JR. | CIVIL ACTION NO. 2:12-cv-1789 |
| VS. | SECTION P |
| RICHARD EDWARDS, JR., ET AL | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action as to all defendants **EXCEPT Defendant Kurtz**, is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS ALSO ORDERED** that plaintiff's claim of excessive use of force be served upon defendant John Kurtz in accordance with the separate Memorandum Order issued by this court.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 28th day of February, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE