RECEIVED
IN ALEXANDRIA, LA.
MAR 1 1 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| VILLMON BOTLEY, JR. | : | DOCKET NO. 12-1789 |
| VS. | : | JUDGE TRIMBLE |
| RICHARD EDWARDS, JR., ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

The court notes that a judgment was signed and filed in this matter on February 28, 2014 which is duplicative of the judgment signed and filed on September 17, 2013, and therefore the Judgment of February 28, 2014 is hereby VACATED, the earlier judgment to remain in full force and effect.

For the reasons stated in the Report and Recommendation filed on February 5, 2014,[1] and after an independent review of the record, and noting the absence of objections, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights action against John Kurtz is hereby dismissed for failure to comply with the court order entered herein on January 10, 2014,[2] in accordance with the provisions of FRCP Rule 41(b).

**IT IS FURTHER ORDERED** that this case be closed as John Kurtz is only remaining defendant in this case.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11th day of March, 2014.

---

[1] R. #24.

[2] R. #23.

JAMES T. TRIMBLE, JR.
United States District Judge